**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00429-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

CURTIS L. WRIGHT,

    Plaintiff,

v.

BC SERVICES,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Curtis L. Wright currently resides in Brighton, Colorado. On February 22, 2016, Plaintiff submitted *pro se* a Complaint and a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that Plaintiff's filings are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(a) ___ is not submitted
(b) ___ is missing affidavit
(c) ___ is missing a certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information

(6) __   authorization to calculate and disburse filing fee payments is not given
(7) __   is missing an original signature by the prisoner
(8) _X_   is not on proper form (<u>must use the court-approved form for pro se plaintiffs</u>)
(9) __   names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_   other : <u>The § 1915 form Plaintiff submitted is used for filing appeals in the Tenth Circuit.  Plaintiff is directed to file a new Application to Proceed in District Court Without Prepaying Fees or Costs on the proper court-approved form.</u>

**Complaint, Petition or Application:**
(11) __   is not submitted
(12) _X_   is not on proper form (<u>must use the court-approved Complaint form for pro se plaintiffs</u>)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos.
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other:

Accordingly, it is

ORDERED that if Plaintiff shall cure the deficiencies designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain a Complaint (General) form and Application to Proceed In District Court Without Prepaying Fees or Costs (AO 239) form, along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff must use the proper Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 25, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge